IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACE SOFTWARE EXPRESS, et al.,<br><br>　　　　Defendant. | **\*E-FILED - 9/30/05\***<br><br>CASE NO.: C-01-20947-RMW<br><br>**ORDER OF DISMISSAL** |

This case has had no further action by the parties since December 13, 2001. However, to date counsel has not submitted a dismissal. Therefore, IT IS HEREBY ORDERED that this case is dismissed. The Clerk will close the file. It may be reopened on application by any party.

IT IS SO ORDERED.

DATED: <u>September 30, 2005</u>

　　　　　　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |
| 3 | |